[No. 1823-1.   Division One.   December 3, 1973.]

*In the Matter of the Estates of* SHIZU KATO *et al., Deceased.* SEATTLE-FIRST NATIONAL BANK, *as Executor, Respondent* v. GEORGE Y. KAWACHI *et al., Defendants,* SEIKO WADA *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 729191, W. R. Cole, J., entered June 23, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Williams, JJ.

[No. 2077-1.   Division One.   December 3, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. CECIL J. HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 5615, Paul D. Hansen, J., entered December 19, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and Williams, J.

[No. 2139-42464-1.   Division One.   December 3, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE VINCENT BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 59291, Edward E. Henry, J., entered June 22, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Swanson, C.J., and James, J.